ORIGINAL

# In the United States Court of Federal Claims

No. 15-581 C

**FILED**

DEC 1 0 2015

U.S. COURT OF
FEDERAL CLAIMS

**VICTOR OGUNNIYI**

**JUDGMENT**

v.

**THE UNITED STATES**

Pursuant to the court's Order, filed December 10, 2015, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed.

Hazel C. Keahey
Clerk of Court

**December 10, 2015**

By: _Debra L. Samler_

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00.