# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

16-1578

## VICTOR OGUNNIYI,

*Plaintiff - Appellant*

**v.**

## UNITED STATES,

*Defendant - Appellee*

Appeal from the United States Court of Federal Claims in case no. 1:15-cv-00581-MBH
Judge Marian Blank Horn

## <u>MANDATE</u>

In accordance with the judgment of this Court, entered July 12, 2016, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court